**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kimberly Barrett Inmon |
| Debtor 2 (Spouse, if filing) | Tracy Mark Inmon |
| United States Bankruptcy Court for the: | Northern District of Mississippi |
| Case number | 24-10043-SDM |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | **Court claim no.** (if known): | 3 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 6339 | **Date of payment change:** Must be at least 21 days after date of this notice | 06/01/2025 |
| | | **New total payment:** Principal, interest, and escrow, if any | $860.92 |

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:**   $ 303.85     **New escrow payment:**   $ 395.19

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☑ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**     **New interest rate:**

   **Current principal and interest payment:** $     **New principal and interest payment:**   $

| Debtor 1 | Kimberly Barrett Inmon | Case number (if known) 24-10043-SDM |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change:

**Current mortgage payment:** $                **New mortgage payment:** $

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X /s/ Natalie Brown | Date | 04/28/2025 |
|---|---|---|---|
| | Signature | | |
| Print: | Natalie Brown | Title | Attorney for Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | Rubin Lublin, LLC | | |
| Address | 3145 Avalon Ridge Place, Suite 100 | | |
| | Number   Street | | |
| | Peachtree Corners, GA 30071 | | |
| | City   State   ZIP Code | | |
| Contact phone | (877) 813-0992 | Email | nbrown@rlselaw.com |

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

KIMBERLY INMON
TRACY MARK INMON
310 N JOHN CHICK DR
GREENVILLE MS 38701-9212

## Loan Information

| | |
|---|---|
| **Loan Number:** | |
| **Property Address:** | 310 N John Chick Dr<br>Greenville, MS 38701 |
| **Statement Date:** | 04/14/2025 |
| **New Payment Effective Date:** | 06/01/2025 |

### 1. Your Escrow Account Has A Shortage

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

Due to an increase in your taxes and/or insurance, your escrow account is short $692.57.

**Projected Escrow Account Balance**

| | |
|---|---|
| Projected Minimum Balance: | – $134.57 |
| Required Minimum Balance: | $558.00 |
| **Shortage Amount:** | **$692.57** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

### 2. Your Payment Is Changing

Your escrow payment is increasing. You have a shortage of $692.57 that is being spread over 12 months.

**Breaking Down The Numbers**

| | Current | New |
|---|---|---|
| Principal & Interest: | $465.73 | $465.73 |
| Escrow Payment: | $303.85 | $337.48 |
| Shortage: | | $57.71 |
| **Monthly Payment:** | **$769.58** | **$860.92** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



**Mortgage Payment Breakdown**

Legend: Principal & Interest, Escrow Payment, Shortage

### Quick And Easy Payment Options

- RocketMortgage.com
- Rocket Mortgage® mobile app
- 24/7 access at (800) 508-0944

QL026

THIS SPACE INTENTIONALLY LEFT BLANK



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

## 3. A Closer Look At Your Escrow Account History

### Escrow Account Disbursement From June 2024 To May 2025

| | | | | | |
|---|---|---|---|---|---|
| Estimated Tax: | $1,036.08 | Estimated Insurance: | $2,610.17 | Estimated Total: | $3,646.25 |
| Actual Tax: | $1,076.62 | Actual Insurance: | $2,978.33 | Actual Total: | $4,054.95 |

This section highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow. Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

### Escrow Account Activity History For June 2024 To May 2025

| | | Payments | | Disbursements | | Balance | |
|---|---|---|---|---|---|---|---|
| Date | Activity | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| 06/2024 | Beginning Balance | | | | | $1,708.55 | $1,179.13 |
| 06/2024 | Deposit | $303.85 | $1,137.12 | $0.00 | $0.00 | $2,012.40 | $2,316.25 |
| 06/2024 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $59.78 | $1,952.62 | $2,256.47 |
| 07/2024 | Deposit | $303.85 | $0.00 | $0.00 | $0.00 | $2,256.47 | $2,256.47 |
| 07/2024 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $59.78 | $2,196.69 | $2,196.69 |
| 07/2024 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $2,271.37 | $2,196.69 | – $74.68 ᴰ |
| 08/2024 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $2,500.54 | $229.17 |
| 08/2024 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $1,892.81 | $0.00 | $607.73 | $229.17 |
| 08/2024 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $59.78 | $547.95 | $169.39 |
| 09/2024 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $851.80 | $473.24 |
| 09/2024 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $59.78 | $792.02 | $413.46 |
| 10/2024 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $1,095.87 | $717.31 |
| 10/2024 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $1,036.09 | $658.83 |
| 11/2024 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $1,339.94 | $962.68 |
| 11/2024 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $1,280.16 | $904.20 |
| 12/2024 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $1,584.01 | $1,208.05 |
| 12/2024 | Withdrawal – COUNTY TAXES | $0.00 | $0.00 | $1,036.08 | $1,076.62 | $547.93 | $131.43 |
| 12/2024 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $488.15 | $72.95 |
| 01/2025 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $792.00 | $376.80 |
| 01/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $732.22 | $318.32 |
| 02/2025 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $1,036.07 | $622.17 |
| 02/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $976.29 | $563.69 |
| 03/2025 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $1,280.14 | $867.54 |
| 03/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $1,220.36 | $809.06 |
| 04/2025 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $1,524.21 | $1,112.91 ** |
| 04/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $1,464.43 | $1,054.43 |
| 05/2025 | Deposit | $303.85 | $303.85 | $0.00 | $0.00 | $1,768.28 | $1,358.28 ** |
| 05/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $59.78 | $58.48 | $1,708.50 | $1,299.80 ** |
| | Totals | $3,646.20 | $4,175.62 | $3,646.25 | $4,054.95 | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
ᴰ Your account had or is projected to have a deficiency. This is a negative balance in your account.

continued →

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

## 4. A Closer Look At Projections For Your Escrow Account

**Escrow Account Projection**

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $701.76 |
| HOMEOWNERS INS: | $2,271.37 |
| COUNTY TAXES: | $1,076.62 |
| **Total Annual Taxes And Insurance:** | **$4,049.75** |
| **New Monthly Escrow Payment:** | **$337.48** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $558.00. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

**Future Escrow Account Activity For June 2025 To May 2026**

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 06/2025 | Beginning Balance | | | $1,299.80 | $1,992.37 |
| 06/2025 | Deposit | $337.48 | $0.00 | $1,637.28 | $2,329.85 |
| 06/2025 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $1,578.80 | $2,271.37 |
| 07/2025 | Deposit | $337.48 | $0.00 | $1,916.28 | $2,608.85 |
| 07/2025 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $1,857.80 | $2,550.37 |
| 08/2025 | Deposit | $337.48 | $0.00 | $2,195.28 | $2,887.85 |
| 08/2025 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $2,136.80 | $2,829.37 |
| 08/2025 | Withdrawal – HOMEOWNERS INS | $0.00 | $2,271.37 | – $134.57 | $558.00[L] |
| 09/2025 | Deposit | $337.48 | $0.00 | $202.91 | $895.48 |
| 09/2025 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $144.43 | $837.00 |
| 10/2025 | Deposit | $337.48 | $0.00 | $481.91 | $1,174.48 |
| 10/2025 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $423.43 | $1,116.00 |
| 11/2025 | Deposit | $337.48 | $0.00 | $760.91 | $1,453.48 |
| 11/2025 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $702.43 | $1,395.00 |
| 12/2025 | Deposit | $337.48 | $0.00 | $1,039.91 | $1,732.48 |
| 12/2025 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $981.43 | $1,674.00 |
| 12/2025 | Withdrawal – COUNTY TAXES | $0.00 | $1,076.62 | – $95.19 | $597.38 |
| 01/2026 | Deposit | $337.48 | $0.00 | $242.29 | $934.86 |
| 01/2026 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $183.81 | $876.38 |
| 02/2026 | Deposit | $337.48 | $0.00 | $521.29 | $1,213.86 |
| 02/2026 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $462.81 | $1,155.38 |
| 03/2026 | Deposit | $337.48 | $0.00 | $800.29 | $1,492.86 |
| 03/2026 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $741.81 | $1,434.38 |
| 04/2026 | Deposit | $337.48 | $0.00 | $1,079.29 | $1,771.86 |

Note: Your remaining Future Escrow Account Activity is on the next page.

continued →

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

### Future Escrow Account Activity For June 2025 To May 2026 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 04/2026 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $1,020.81 | $1,713.38 |
| 05/2026 | Deposit | $337.48 | $0.00 | $1,358.29 | $2,050.86 |
| 05/2026 | Withdrawal – MORTGAGE INS | $0.00 | $58.48 | $1,299.81 | $1,992.38 |
| | **Totals** | **$4,049.76** | **$4,049.75** | | |

[L]This amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084
**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET
**Preguntas:**
Page 4
QL026

<u>CERTIFICATE OF SERVICE</u>

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Kimberly Barrett Inmon
310 N John Chick Dr
Greenville, MS 38702

Tracy Mark Inmon
310 N John Chick Dr
Greenville, MS 38702

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Locke D. Barkley, Trustee
6360 I-55 North
Suite 140
Jackson, MS 39211

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201


Executed on <u>04/28/2025</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor