**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kimberly Barrett Inmon |
| Debtor 2 (Spouse, if filing) | Tracy Mark Inmon |
| United States Bankruptcy Court for the: | Northern District of Mississippi (State) |
| Case number | 24-10043-SDM |

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6339

**Date of payment change:**
Must be at least 21 days after date of this notice   03/01/2026

**New total payment:**
Principal, interest, and escrow, if any   $ 770.25
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 395.19        **New escrow payment:** $ 304.52

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %         **New interest rate:** _____ %
   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

| Debtor 1 | Kimberly Barrett Inmon | | Case number (if known) | 24-10043-SDM |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

| | | |
|---|---|---|
| **Current HELOC payment:** | $ _____ | |
| **Reconciliation amount:** | + $ _____ | or |
| | - $ _____ | |
| **Amount of next payment (including reconciliation amount)** | | $ _____ |
| **Amount of the new payment thereafter (without reconciliation amount)** | | $ _____ |

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:  $ _____     New mortgage payment:  $ _____

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Natalie Brown        Date  1/30/2026
Signature

Print:  Natalie Brown                Title  Attorney for Creditor
        First Name   Middle Name   Last Name

Company  Rubin Lublin, LLC

Address  3145 Avalon Ridge Place, Suite 100
         Number        Street
         Peachtree Corners, GA 30071
         City             State      ZIP Code

Contact phone (877) 813-0992      Email  nbrown@rlselaw.com

**ROCKET** Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

KIMBERLY INMON
TRACY MARK INMON
310 N JOHN CHICK DR
GREENVILLE MS 38701-9212

### Loan Information

**Loan Number:**
**Property Address:** 310 N John Chick Dr
Greenville, MS 38701
**Statement Date:** 01/21/2026
**New Payment Effective Date:** 03/01/2026

### 1. Your Escrow Account Has An Overage

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

Great news – you're getting a refund. Please note that your payment may still be changing. Depending on whether you're current and your escrow account has sufficient funds to issue a refund, your check is attached or may be sent separately.

**Projected Escrow Account Balance**

| | |
|---|---|
| Projected Minimum Balance: | $816.43 |
| Required Minimum Balance: | $494.79 |
| **Overage Amount:** | **$321.64** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

### 2. Your Payment Is Changing

Your escrow payment is decreasing.

**Breaking Down The Numbers**

| | Current | New |
|---|---|---|
| Principal & Interest: | $465.73 | $465.73 |
| Escrow Payment: | $395.19 | $304.52 |
| **Monthly Payment:** | **$860.92** | **$770.25** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



**Mortgage Payment Breakdown**
(Current Payment / New Payment — Principal & Interest, Escrow Payment)

### Quick And Easy Payment Options

RocketMortgage.com     Rocket Mortgage® mobile app     24/7 access at

THIS SPACE INTENTIONALLY LEFT BLANK



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

## 3. A Closer Look At Your Escrow Account History

### Escrow Account Disbursement From June 2025 To February 2026

| Estimated Tax: | $1,076.62 | Estimated Insurance: | $2,797.69 | Estimated Total: | $3,874.31 |
| Actual Tax: | $1,246.62 | Actual Insurance: | $2,298.74 | Actual Total: | $3,545.36 |

This section highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current overage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are  highlighted in yellow.  Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

### Escrow Account Activity History For June 2025 To February 2026

| Date | Activity | Payments | | Disbursements | | Balance | |
|---|---|---|---|---|---|---|---|
| | | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| 06/2025 | Beginning Balance | | | | | $1,992.37 | $1,299.80 |
| 06/2025 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $2,329.85 | $1,694.99 |
| 06/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $58.48 | $2,271.37 | $1,636.51 |
| 07/2025 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $2,608.85 | $2,031.70 |
| 07/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $58.48 | $2,550.37 | $1,973.22 |
| 07/2025 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $1,722.10 | $2,550.37 | $251.12 |
| 08/2025 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $2,887.85 | $646.31 |
| 08/2025 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $2,271.37 | $0.00 | $616.48 | $646.31 |
| 08/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $58.48 | $558.00 | $587.83 |
| 09/2025 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $895.48 | $983.02 |
| 09/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $58.48 | $837.00 | $924.54 |
| 10/2025 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $1,174.48 | $1,319.73 |
| 10/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $57.12 | $1,116.00 | $1,262.61 |
| 11/2025 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $1,453.48 | $1,657.80 |
| 11/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $57.12 | $1,395.00 | $1,600.68 |
| 12/2025 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $1,732.48 | $1,995.87 |
| 12/2025 | Withdrawal – COUNTY TAXES | $0.00 | $0.00 | $1,076.62 | $1,246.62 | $655.86 | $749.25 |
| 12/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $57.12 | $597.38 | $692.13 |
| 01/2026 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $934.86 | $1,087.32 |
| 01/2026 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $57.12 | $876.38 | $1,030.20 |
| 01/2026 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $0.00 | $57.12 | $876.38 | $973.08 |
| 02/2026 | Deposit | $337.48 | $395.19 | $0.00 | $0.00 | $1,213.86 | $1,368.27 ** |
| 02/2026 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $58.48 | $57.12 | $1,155.38 | $1,311.15 ** |
| | **Totals** | **$3,037.32** | **$3,556.71** | **$3,874.31** | **$3,545.36** | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.

continued →

**ROCKET Mortgage**

1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

## 4. A Closer Look At Projections For Your Escrow Account

**Escrow Account Projection**

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $685.44 |
| HOMEOWNERS INS: | $1,722.10 |
| COUNTY TAXES: | $1,246.62 |
| **Total Annual Taxes And Insurance:** | **$3,654.16** |
| **New Monthly Escrow Payment:** | **$304.52** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $494.79. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

**Future Escrow Account Activity For March 2026 To February 2027**

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 03/2026 | Beginning Balance | | | $1,311.15 | $989.51 |
| 03/2026 | Deposit | $304.52 | $0.00 | $1,615.67 | $1,294.03 |
| 03/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $1,558.55 | $1,236.91 |
| 04/2026 | Deposit | $304.52 | $0.00 | $1,863.07 | $1,541.43 |
| 04/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $1,805.95 | $1,484.31 |
| 05/2026 | Deposit | $304.52 | $0.00 | $2,110.47 | $1,788.83 |
| 05/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $2,053.35 | $1,731.71 |
| 06/2026 | Deposit | $304.52 | $0.00 | $2,357.87 | $2,036.23 |
| 06/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $2,300.75 | $1,979.11 |
| 07/2026 | Deposit | $304.52 | $0.00 | $2,605.27 | $2,283.63 |
| 07/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $2,548.15 | $2,226.51 |
| 08/2026 | Deposit | $304.52 | $0.00 | $2,852.67 | $2,531.03 |
| 08/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $2,795.55 | $2,473.91 |
| 08/2026 | Withdrawal – HOMEOWNERS INS | $0.00 | $1,722.10 | $1,073.45 | $751.81 |
| 09/2026 | Deposit | $304.52 | $0.00 | $1,377.97 | $1,056.33 |
| 09/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $1,320.85 | $999.21 |
| 10/2026 | Deposit | $304.52 | $0.00 | $1,625.37 | $1,303.73 |
| 10/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $1,568.25 | $1,246.61 |
| 11/2026 | Deposit | $304.52 | $0.00 | $1,872.77 | $1,551.13 |
| 11/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $1,815.65 | $1,494.01 |
| 12/2026 | Deposit | $304.52 | $0.00 | $2,120.17 | $1,798.53 |
| 12/2026 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $2,063.05 | $1,741.41 |
| 12/2026 | Withdrawal – COUNTY TAXES | $0.00 [L] | $1,246.62 | $816.43 | $494.79 [L] |
| 01/2027 | Deposit | $304.52 | $0.00 | $1,120.95 | $799.31 |

Note: Your remaining Future Escrow Account Activity is on the next page.

continued →



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

**Future Escrow Account Activity For March 2026 To February 2027 Continued**

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Required |
|---|---|---|---|---|---|
| 01/2027 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $1,063.83 | $742.19 |
| 02/2027 | Deposit | $304.52 | $0.00 | $1,368.35 | $1,046.71 |
| 02/2027 | Withdrawal – MORTGAGE INS | $0.00 | $57.12 | $1,311.23 | $989.59 |
| | **Totals** | **$3,654.24** | **$3,654.16** | | |

ᴸThis amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

**Phone:**
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:**

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET
**Preguntas:**

Page 4

<u>CERTIFICATE OF SERVICE</u>

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Kimberly Barrett Inmon
310 N John Chick Dr
Greenville, MS 38702

Tracy Mark Inmon
310 N John Chick Dr
Greenville, MS 38702

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Locke D. Barkley, Trustee
6360 I-55 North
Suite 140
Jackson, MS 39211

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201


Executed on <u>1/30/2026</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor