# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In re: KIMBERLY BARRETT INMON

TRACY MARK INMON
*Debtor(s)*

Case No.: 24-10043

Chapter: 13

## Notice of Change of Address for Creditor

Synchrony Bank by AIS InfoSource LP as agent (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(as shown on matrix)*

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**New Notice Address:** **No Change**

**New Payment Address:**
*(if applicable)*

Synchrony Bank by AIS InfoSource LP as agent
PO Box 661380
Dallas,TX 75266-1380

**Proof of Claim Number(s):**
*(if applicable)*

17

**Reason for Change of Address:**

- ☐ New Loan Servicer[1]
- ☑ New Location
- ☐ Other ____________

Prepared By:

Name: Samir Vaghela

Title: Claims Processor

Phone No.: 877-893-8820

Address: AIS InfoSource, LP
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

**Chapter:** 13

**Case Number:** 24-10043

KIMBERLY BARRETT INMON
TRACY MARK INMON

**Debtor(s)**

## Certificate of Service

I certify that on 09/18/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS C ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
LOCKE D BARKLEY
Ecf_lbarkley13@barkley13.com

/s/ Samir Vaghela

Samir Vaghela
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com